UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

vs-

SEAN SOUTHLAND,

                **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 5: 04-CR-345
(NAM)

### FIRST FINAL ORDER OF FORFEITURE

**WHEREAS,** on January 28, 2005, this Court entered a Preliminary Order of Forfeiture, ordering forfeiture of defendant, Sean Southland's interest in the property set forth below; and

**WHEREAS,** the United States caused to be published in "Arizona Business Gazette, Phoenix Arizona, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

**WHEREAS,** a timely claim was filed by Louis C. Ciardullo, Sr. to the 2002 Mercedes Benz C240 on February 14, 2005 and after a hearing held on December 6, 2007, the Court denied and dismissed Louis C. Ciardullo's claim; and

**WHEREAS,** a timely claim was filed by Harold R. Short to the 2002 Mercedes Benz C240 on March 14, 2005 and after a hearing held on December 6, 2007, the Court denied and dismissed Harold R. Short's claim; and

**WHEREAS,** no other claims were filed and the time to file a claim as specified by Title 18, United States Code § 2253(b) incorporating 21 U.S.C. §853(n) has elapsed; and

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is hereby forfeited to the United States of America pursuant to Title 18, United Sates Code, §853:

> ONE 2002 MERCEDES BENZC240
> VIN: WDBRF61JX2F195135
> IN THE NAME OF PHOENICIAN
> AUTOMOTIVE GROUP, INC.

**AND IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

**AND IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

**AND IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court shall forward six certified copies of this Order to the Thomas A. Capezza, Assistant United States Attorney, United States Attorney's Office, P.O. Box 7198, 100 South Clinton Street, Syracuse, New York 13261-7198.

Dated: January 7, 2008

SO ORDERED:

Hon. Norman A. Mordue
Chief United States District Judge